UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREGORY BACON, | : |
| Plaintiff | : |
| v. | : CIVIL NO. 3:CV-09-1445 |
| JOHN KERESTES, et al., | : (Judge Kosik) |
| Defendants | : |

**ORDER**

**NOW, THIS** 22nd **DAY OF SEPTEMBER, 2012,** in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. Plaintiff's motion to amend/correct (Doc. 36) is **denied.**

2. Any dispositive motions may be filed by the parties within thirty (30) days from the date of this order.

EDWIN M. KOSIK
United States District Judge